

**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.:  16–13596 – RAG    Chapter:  13

Mary Ellen Bunker
61 Church Road
Arnold, MD 21012

## ORDER DENYING CONFIRMATION OF
## CHAPTER 13 PLAN WITHOUT LEAVE TO AMEND

    Having held a hearing on confirmation of the Chapter 13 Plan proposed by the Debtor(s), and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325 and that the Debtor(s) is/are unable to file a Plan that is susceptible of confirmation, it is, by the United States Bankruptcy Court for the District of Maryland,

    ORDERED, that confirmation of the Chapter 13 Plan proposed by Debtor(s) is denied without leave to amend or to file another Plan or modification of a Plan; and it is further

    ORDERED, that if within fourteen (14) days from the date of entry of this Order this case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court on account of Debtor(s)' failure to prosecute the case properly without further notice or hearing.

cc:  Debtor(s)
     Attorney for Debtor(s) – Jeffrey M. Sirody
     Chapter 13 Trustee – Gerard R. (Ch13) Vetter

**End of Order**

8.4 – *sfrank*